UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003009319

In re )
)
Wellington, Gloria ) Case No. 10-46452-B-13J
)
)
_____Debtor(s)._____ ) **AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:
- ☐ Petition
- ☒ Creditor Matrix
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Statement of Financial Affairs
- ☐ Statement of Intention
- ☐ List of Equity Security Holders
- ☐ Schedules (check appropriate boxes). *See Instruction #4 below.*
  - ☐ A  ☐ B  ☐ C  ☐ D  ☐ E  ☐ F  ☐ G  ☐ H  ☐ I  ☐ J
- ☐ Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  ***REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.***

Purpose of amendment (check one):
- ☒ To add pre-petition creditors, change amounts owed or classification of debt (**$26.00 fee required**, provided the bankruptcy judge may, for good cause, waive the charge in any case.) **NOTE:** Lists, schedules and statements that add or change more than 10 creditors should be accompanied by an amended matrix listing only the creditors added or changed.
- ☐ No pre-petition creditors were added, or amounts owed or classifications of debt changed.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (**NOTE:** Proof of service, indicating that service has been made, must be filed with the Court.)

Dated: 10-18-10

Attorney's [or *Pro Se* Debtor's] Signature:
Printed Name: Law Office of Peter G. Macaluso
Mailing Address: 7311 Greenhaven Drive #100
Sacramento, CA 95831

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct to the best of my(our) information and belief.

Dated:                                          Dated:

X _Gloria Wellington_                           _____
Debtor's Signature                              Joint Debtor's Signature

### INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements. *Do not use an amendment cover sheet when submitting amended plans or amendments to plans.*
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules. Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed. **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change more than 10 creditors must be accompanied by a separately filed amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case. The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a text file containing the creditors in the standard master address list format. These two files must be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby. **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." (**NOTE: No personal checks will be accepted.**)

EDC 2-015 (Rev. 6/08)

A.A.A.
Po Box 920
Suisun City, CA  94585

Advance America
200 West Jackson Sr
Chicago, IL  60606

Alliant Law Group
Po Box 46585691
Atlanta, GA  31146

Bhr Balance Healthcare Receivables
Po Box 905
Nashua, NH  03061

California Check Cashing Store
135 Peabody Rd
Vacaville, CA  94533

Cash Call
Po Box 66007
Anaheim, CA  92816

Cash Max
1989 Peabody Ave 3A
Vacaville, CA  95687

Cash One
7001 Post Rd Ste 300
Dublin, OH  43016

Cashcall Inc
1600 S Douglass Rd
Anaheim, CA  92806

Check Into Cash Inc
Po Box 550
201 Keith St Ste 80
Cleveland, TN  37364

Collection Bureau Of America
PO Box 5013
Hayward, CA  94540-5013

Credit Collection Service
Po Box 9134
Needham Height, MA  02494

Credit Plus
4344 Latham St., Ste. 110
Riverside, CA  92501

E-Z Cash
806 Alamo Dr
Vacaville, CA  94533

Hunt & Henriques
151 Bernal Rd Ste 8
San Jose, CA  95119-1306

Money Control
Po Box 499990
Riverside, CA  92514

North Bay Water
6180 Egret Court Ste A
Benicia, CA  94510

North Shore Agency, Inc.
270 Spagnoli Rd Ste 11
Melville, NY  11747-3516

Transworlf System Inc
Po Box 1864
Santa Rosa, CA  95402

Vance 7 Vance
1652 West Texas St #248
Fairfield, CA  95433

Vericrest Financial
715 Metropolitan Ave
Po Box 24610
Oklamoma City, OK  73124