FILED
October 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003010902

3
RONALD D. ROUP, ESQ. (94495)
JOAN C. SPAEDER-YOUNKIN, ESQ. (192235)
ROUP & ASSOCIATES
23101 LAKE CENTER DRIVE #310
LAKE FOREST, CA 92630
TELEPHONE: (949) 472-2377 x 229
FACSIMILE: (949) 472-2317
Attorneys for Secured Creditor,
Vericrest Financial, Inc.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| In re, Gloria Wellington, Debtor(s). | Case No. 10-46452-B13<br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE<br>(Rule 2002)<br><br>(No Hearing Required) |
|---|---|

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND ALL PARTIES IN INTEREST:

Pursuant to Rule 2002 of the Bankruptcy Rules, Secured Creditor Vericrest Financial, Inc., by and through its attorneys of record, Roup & Associates, hereby requests that all pleadings, court notices, motions, other documents and papers pertaining to the above-captioned case, including all notices required under Bankruptcy Rule 2002, be served upon the undersigned as follows:

> Vericrest Financial, Inc.
> c/o Roup & Associates
> 23101 Lake Center Drive, Suite 310
> Lake Forest, CA 92630

Dated: October 19, 2010                    ROUP & ASSOCIATES

                                By:     /s/ Ronald D. Roup
                                        Ronald D. Roup, Esq.
                                        Joan C. Spaeder-Younkin, Esq.
                                        Attorneys for Secured Creditor

RFSN

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Lake Forest, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 23101 Lake Center Drive, Suite 310, Lake Forest, California 92630. On October 19, 2010, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED: REQUEST FOR SPECIAL NOTICE

SERVED UPON: SEE ATTACHED SERVICE LIST

[ X ] (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Lake Forest, California. I am readily familiar with the practice of Roup & Associates for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ ] (BY FEDERAL EXPRESS) I am readily familiar with the practice of Roup & Associates for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ] (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by American Legal Support Services, Inc. to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ X ] (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 19, 2010, at Lake Forest, California.

*Jessica Kiefer*
Jessica Kiefer

SERVICE LIST

In re Gloria Wellington, Debtor(s)
U.S.B.C. Case Number 10-46452-B13

Debtor(s):
Gloria Wellington
869 Christine Dr
Vacaville, CA 95687

Debtor(s) Attorney:
Peter G. Macaluso
7311 Greenhaven Dr #100
Sacramento, CA 95831

Chapter 13 Trustee:
Jan P. Johnson
PO Box 1708
Sacramento, CA 95812

United States Trustee:
Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814