FILED
November 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003095405

4

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
P.O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 10-46452-B-13J |
| | ) | DC No.: JPJ-01 |
| | ) | |
| GLORIA WELLINGTON, | ) | EXHIBIT A IN SUPPORT |
| | ) | OF TRUSTEE'S OBJECTION TO |
| | ) | CONFIRMATION OF CHAPTER 13 |
| | ) | PLAN AND CONDITIONAL MOTION |
| | ) | TO DISMISS CASE |
| | ) | |
| | ) | DATE: DECEMBER 21, 2010 |
| | ) | TIME: 9:32 A.M. |
| Debtor(s) | ) | COURTROOM: 32 |

Exhibit A – Trustee's plan payment history – page 2

3

# SAJ Plan Calculation III

**10-46452 B13**
**GLORIA WELLINGTON**

Wednesday, November 17, 2010
9:35 am

**Final Disbursement Date:** December 01, 2018
**Calculated Months To Pay Out:** 97
**Projected Total Plan Length:** 98

| | | |
|---|---|---|
| Case Number: | 10-46452 B13 | |
| Name: | GLORIA WELLINGTON | |
| Bar Check: | True | |
| Disburse Flag: | True | |
| Closed Date: | | |
| Confirmation Date | | |
| Trustee's Percentage: | 7.50% | |
| Attorney's Percentage: | 0.00% | |

| | |
|---|---|
| Remaining Balance On Hand: | 2,387.61 |
| Plan Base: | 0.00 |
| Close Code Description: | ACTIVE |
| Total Disbursed: | 249,812.39 |
| Total Paid to Trustee: | 18,735.90 |
| Total Paid In: | 0.00 |
| Hold Temporary: | 0.00 |
| Hold Permanent: | 0.00 |

| Payee Name | Claimed | Scheduled | First Pymnt | Last Pymnt | Principal | Interest | Total Prin Paid | % Paid | Total Int Paid | Principal Owed | Principal Due | Interest Due | Monthly Payment | Claim Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH MAX | 0.00 | 0.00 | | | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| CASH ONE | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| CASHCALL INC | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| CHECK INTO CASH | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| ER SOLUTIONS | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| GLORIA WELLINGTON | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DEBTOR REFUND |
| JONATHAN WELLINGTON | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | SPECIAL NOTICE |
| SALLIE MAE | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| TOYOTA MOTOR CREDIT | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| TOYOTA MOTOR CREDIT | 0.00 | 8,213.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | SECURED |
| VERICREST FINANCIAL | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| VERICREST FINANCIAL, INC. | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 341 NOTICE ONLY |
| VERICREST FINANCIAL, INC. | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 341 NOTICE ONLY |
| VERICREST | 0.00 | 473,469.00 | 12/01/10 (1) | (0) | 0.00 | 0.00 | 180,711.00 | 38.167% | 0.00 | 0.00 | 0.00 | 0.00 | 1,863.00 | ONGOING MORTGAGE |
| PETER G MACALUSO ESQ | 2,500.00 | 0.00 | 12/01/10 (1) | 09/01/11 (10) | 0.00 | 0.00 | 2,500.00 | 100% | 0.00 | 0.00 | 1,863.00 | 0.00 | 375.00 | ATTORNEY FEE |
| Toyota Motor Credit | 5,000.00 | 5,000.00 | 12/01/10 (1) | 04/01/15 (53) | 0.00 | 0.00 | 5,000.00 | 100% | 462.49 | 0.00 | 0.00 | 0.00 | 100.00 | SECURED - AUTO |
| VERICREST | 42,403.00 | 18,000.00 | 12/01/10 (1) | 08/01/18 (93) | 0.00 | 0.00 | 42,403.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | SECURED - MTG ARREARS |
| AAA | 7,840.00 | 7,840.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| ADVANCE AMERICA | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| ALLIANT LAW GROUP | 138.72 | 138.72 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |

EXHIBIT A

SAJ Plan Calculation III  
10-46452 B13  
GLORIA WELLINGTON

Wednesday, November 17, 2010  
9:35 am

**Final Disbursement Date: December 01, 2018**  
**Calculated Months To Pay Out: 97**  
**Projected Total Plan Length: 98**

| Payee Name | Claimed | Scheduled | First Pymnt | Last Pymnt | Principal | Interest | Total Prin Paid | % Paid | Total Int Paid | Principal Owed | Principal Due | Interest Due | Monthly Payment | Claim Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BHR BALANCE HEALTHCARE | 414.75 | 414.75 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CALIFORNIA CHECK CASHING STORE | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CALIFORNIA SERVICE BUR | 100.00 | 100.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CAPITAL ACCOUNTS | 128.00 | 128.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CAPITAL ACCOUNTS | 122.16 | 122.16 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| Cash Call | 2,500.00 | 2,500.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CASH MAX | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CASH ONE | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| Cashcall Inc | 2,569.00 | 2,569.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CHECK INTO CASH INC | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CHECK INTO CASH INC | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| COLLECTION BUREAU OF | 751.59 | 751.59 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CREDIT COLLECTION SERVICE | 457.23 | 457.23 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CREDIT PLUS | 1,250.00 | 1,250.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| E-Z CASH | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| ER SOLUTIONS | 919.00 | 919.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| ER SOLUTIONS | 429.00 | 429.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| FRANKLIN COLLECTION | 322.34 | 322.34 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| HUNT HENRIQUES | 9,000.00 | 9,000.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| MONEY CONTROL | 322.34 | 322.34 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| NORTH BAY WATER | 433.93 | 433.93 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| NORTH SHORE AGENCY INC | 100.20 | 100.20 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| Rash curtis And Associat | 148.00 | 148.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| Sallie Mae | 2,267.00 | 2,267.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| TRANSWORLF SYSTEM INC | 1,253.00 | 1,253.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| VANCE 7 VANCE | 4,450.00 | 4,450.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |

EXHIBIT A

# SAJ Plan Calculation III

10-46452 B13  
GLORIA WELLINGTON

**Final Disbursement Date: December 01, 2018**  
**Calculated Months To Pay Out: 97**  
**Projected Total Plan Length: 98**

| Totals: | 230,614.00 | 462.49 | 1,863.00 |
|---|---|---|---|

| Type | Description | Claim Amount | Class | Description | Claim Amount |
|---|---|---|---|---|---|
|   | ATTORNEY FEE | $2,500.00 | S | Secured | $47,403.00 |
|   | DEBTOR REFUND | $0.00 | P | Priority | $2,500.00 |
| A | SECURED | $0.00 | U | Unsecured | $38,016.26 |
| C | SECURED - AUTO | $5,000.00 | N | NONE | $0.00 |
| L | UNSECURED - (L) | $38,016.26 |   |   |   |
| N | 341 NOTICE ONLY | $0.00 |   |   |   |
| O | ONGOING MORTGAGE | $0.00 |   |   |   |
| R | SECURED - MTG ARREARS | $42,403.00 |   |   |   |
| V | DUPLICATE CREDITOR | $0.00 |   |   |   |
| X | SPECIAL NOTICE | $0.00 |   |   |   |
|   | **Total** | **$87,919.26** |   | **Total** | **$87,919.26** |



EXHIBIT A