FILED
September 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003782443

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
P.O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 10-46452-A-13J |
| | DC No.: JPJ-2 |
| GLORIA WELLINGTON, | **DECLARATION OF DANIELLE YATES IN SUPPORT OF TRUSTEE'S MOTION TO DISMISS** |
| | DATE: OCTOBER 17, 2011 |
| | TIME: 2:30 P.M. |
| Debtor(s) | COURTROOM: 28 |

I, the undersigned, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by Jan P. Johnson, Chapter 13 Trustee, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

///

///

1

1     3. On or about September 21, 2011 I examined the trustee's records and determined that the debtor(s) is/are delinquent $4060.00 under the terms of the proposed plan. The total amount to remit to become current through October 2011 is $11136.12 as one more plan payment of $3385.00 will fall due eight days after the hearing.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on SEPTEMBER 21, 2011 at Sacramento, California.

/s/ Danielle Yates
Claims Analyst/Mortgage Specialist