Case 10-46452    Doc 126    Page 1 of 18

FILED
September 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003794950

| | |
|---|---|
| 1 | 18 |
| 2 | Jan P. Johnson |
| 3 | Chapter 13 Trustee |
| | P.O. Box 1708 |
| 4 | Sacramento, CA 95812-1708 |
| 5 | (916) 492-8001 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Re:  GLORIA WELLINGTON,           )    CASE NO. 10-46452 A13
                                  )
                                  )
                                  )    **NOTICE OF FILED CLAIMS**
                                  )
                                  )
            Debtor(s)              )
_____

  In accordance with the General Order No. 05-03, dated October 28, 2005, Jan P. Johnson, Chapter 13 Trustee has compiled a list of filed claims in the above referenced case. The following information regarding claim objections and plan modifications is from Paragraph 6 of the General Order.

(a) Prior to the expiration of the deadline to object to proofs of claims (see subparagraph (c) below), the Trustee shall pay claims as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to a claim which is set for hearing within 60 calendar days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the objectionable claim. If the objection is overruled, at the request of the claimant or the Trustee, the court may make provision for payment of any dividends not paid while the objection was pending.

(b) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 calendar days after the order for relief or 180 calendar days after plan confirmation.

(c) Objections to claims shall be filed and served no later than 60 calendar days after service of the Notice of Filed Claims. The debtor shall set a hearing on any objection pursuant to Local Bankruptcy Rule 3007-1(d)(1) or (d)(2) on the earliest available court date.

(d) Nothing herein shall prevent the debtor, the Trustee, or any other party in interest from objecting to a proof of claim after the expiration of the deadline for objections specified in subparagraph (c) above. However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

(e) If a creditor fails to file a proof of claim within the time required by FRBP 3002(c) or section 502, the debtor or the Trustee may file a proof of claim on behalf of the creditor pursuant to FRBP 3004. The time for the filing of such a claim is extended to 60 calendar days after service on the debtor or his counsel of the Notice of Filed Claims.

(f) If the Notice of Filed Claims includes allowed claims which are not provided for in the chapter 13 plan, or which will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and section 522(f) motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code. These motions shall be filed and served no later than 90 calendar days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available court date.

(g) Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(h) If the court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the court. It is unnecessary for the

Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral. If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(i) If the court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim which identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim. It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

Claim information provided is based on the last day to file claims pursuant to Bankruptcy Rule 3002 and the deadline for government units having passed.

```
Petition filing date or conversion date        10/04/2010
Initial 341 date                               11/18/2010
Confirmation date                              01/01/1900

Claims bar date                                02/16/2011
Government claims bar date                     04/04/2011

Deadline to object to or file claims for       11/26/2011
Deadline to modify plan per filed claims       12/26/2011
```

The dates above are provided for the convenience of the parties. The Trustee's office shall not be liable for any mistakes or omissions with respect to said dates. Debtor(s) or Debtor's attorney should review the court file and calculate the relevant dates for purposes of determining timely filed claims, objections to claims or motions to modify as required by the Rules of Bankruptcy Procedure and/or Local Rules, and the General Order governing Chapter 13 matters.

> The following report contains information regarding filed claims and their treatment through the Chapter 13 Plan. Information is characterized as follows:
>
> | | |
> |---|---|
> | Scheduled | Amount of the debt scheduled in the petition |
> | Filed | Amount of the debt according to the filed claim |
> | Provided for | Amount of the claim provided in the plan |
> | Not Provided for | Amount of the filed claim not treated in the plan |
> | % to Pay | Amount based on Plan estimates and may vary |
>
> Any amounts appearing in "Not Provided for" will not be paid by the Trustee's office unless the plan is modified. A "Not Provided for" amount may not be subject to discharge.
> All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

```
    All scheduled debts are included in the following report. If a
scheduled creditor has not filed a claim, it is indicated by the
phrase "NO CLAIM FILED ON BEHALF OF THIS CREDITOR". If the plan
provides for a debt to be paid directly by Debtor(s), it is
indicated by the phrase "PLAN PROVIDES FOR PAYMENT OF THIS CLAIM
OUTSIDE THE PLAN". If the plan provides for the surrender of
collateral to a creditor, it is indicated by the phrase "PLAN
PROVIDES FOR THE SURRENDER OF COLLATERAL TO CREDITOR".
```

Dated:  9/27/2011                              /s/ Jan P. Johnson
                                               _____
                                                   Jan P. Johnson
                                                   Chapter 13  Trustee

Case 10-46452    Doc 126    Page 5 of 18

10-46452 A13

**Claim No: 16**   AAA
P O BOX 920
SUISUN CITY, CA 94585                      Class:   UNSECURED - (L)

Scheduled:   $7,840.00
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

**Claim No: 17**   ADVANCE AMERICA
200 WSET JACKSON
CHICAGO, IL 60606                          Class:   UNSECURED - (L)

Scheduled:   $300.00
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

**Claim No: 18**   ALLIANT LAW GROUP
P O BOX 46585691
ATLANTA, GA 31146                          Class:   UNSECURED - (L)

Scheduled:   $138.72
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

**Claim No: 3**    B-LINE LLC
P O BOX 91121
MS 550
SEATTLE, WA 98111-9221                     Class:   UNSECURED - (L)

Scheduled:          $2,569.00          Date Filed:      02/07/2011
Filed:              $3,837.08          Value:           $0.00
Provided for:       $3,837.08          % to Pay:        0.00
Not Provided for:   **$0.00**          Interest Rate:   0.00
                                       Note:            CASHCALL INC

| | | |
|---|---|---|
| **Claim No: 26** | B-LINE LLC<br>P O BOX 91121<br>MS 550<br>SEATTLE, WA 98111-9221 | Class:   UNSECURED - (L)<br>LIEN TO BE AVOIDED |

Scheduled:   $2,500.00
Filed:       NO CLAIM ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

| | | |
|---|---|---|
| **Claim No: 19** | BHR BALANCE HEALTHCARE<br>RECEIVABLES<br>P O BOX 905<br>NASHUA, NH 03061 | Class:   UNSECURED - (L) |

Scheduled:   $414.75
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

| | | |
|---|---|---|
| **Claim No: 25** | CALIFORNIA CHECK CASHING STORE<br>135 PEABODY RD<br>VACAVILLE, CA 94533 | Class:   UNSECURED - (L) |

Scheduled:   $300.00
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

| | | |
|---|---|---|
| **Claim No: 1** | CALIFORNIA SERVICE BUR<br>1602 GRANT AV<br>NOVATO, CA 94947 | Class:   UNSECURED - (L) |

Scheduled:   $100.00
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

10-46452 A13

| | | | | |
|---|---|---|---|---|
| 1 | **Claim No: 2** | CAPITAL ACCOUNTS | | |
| 2 | | 2120 CRESTMOOR RD STE 30 | | |
| | | NASHVILLE, TN 37215 | Class: | UNSECURED - (L) |
| 3 | | | | |
| 4 | | Scheduled:  $128.00 | | |
| | | Filed:  NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| 5 | | Provided for: | | |
| 6 | | Not Provided for: | Note: | |
| 7 | **Claim No: 42** | CAPITAL ACCOUNTS | | |
| | | P O BOX 140065 | | |
| 8 | | NASHVILLE, TN 37214 | Class: | UNSECURED - (L) |
| 9 | | | | |
| 10 | | Scheduled:  $122.16 | | |
| | | Filed:  NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| 11 | | Provided for: | | |
| 12 | | Not Provided for: | Note: | |
| 13 | | | | |
| 14 | **Claim No: 27** | CASH MAX | | |
| | | 1989 PEABODY AVE 3A | | |
| 15 | | VACAVILLE, CA 95687 | Class: | UNSECURED - (L) |
| 16 | | | | |
| 17 | | Scheduled:  $300.00 | | |
| | | Filed:  NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| 18 | | Provided for: | | |
| 19 | | Not Provided for: | Note: | |
| 20 | **Claim No: 44** | CASH MAX | | |
| | | 1989 PEABODY AVE 3A | | |
| 21 | | VACAVILLE, CA 95687 | Class: | DUPLICATE CREDITOR |
| 22 | | | | |
| 23 | | Scheduled:  $0.00 | | |
| | | Filed:  NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| 24 | | Provided for: | | |
| 25 | | Not Provided for: | Note: | CHECK INTO CASH INC |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |

10-46452 A13

| | | | | |
|---|---|---|---|---|
| **Claim No: 28** | CASH ONE<br>7001 POST RD STE 300<br>DUBLIN, OH 43016 | | Class: | UNSECURED - (L) |

Scheduled:     $300.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                              Note:

| | | | | |
|---|---|---|---|---|
| **Claim No: 43** | CASH ONE<br>1070 N TEXAS ST<br>FAIRFIELD, CA 94534 | | Class: | DUPLICATE CREDITOR |

Scheduled:     $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                              Note:     CASH ONE

| | | | | |
|---|---|---|---|---|
| **Claim No: 4** | CASHCALL INC<br>ATTENTION BANKRUPTCY DEPARTMENT<br>1600 S DOUGLASS RD<br>ANAHEIM, CA 92806 | | Class: | DUPLICATE CREDITOR |

Scheduled:     $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                              Note:     CASHCALL INC

| | | | | |
|---|---|---|---|---|
| **Claim No: 46** | CHECK INTO CASH<br>641 ELMIRA RD<br>VACAVILLE, CA 95687 | | Class: | DUPLICATE CREDITOR |

Scheduled:     $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                              Note:     CHECK INTO CASH

**Claim No: 29**   CHECK INTO CASH INC
PO BOX 550
201 KEITH ST STE 80
CLEVELAND, TN 37364                                Class:   UNSECURED - (L)

Scheduled:   $300.00
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                                  Note:

**Claim No: 45**   CHECK INTO CASH INC
P O BOX 550
CLEVELAND, TN 37364                                Class:   UNSECURED - (L)

Scheduled:   $300.00
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                                  Note:

**Claim No: 30**   COLLECTION BUREAU OF AMERICA
PO BOX 5013
HAYWARD, CA 94540-5013                             Class:   UNSECURED - (L)

Scheduled:   $751.59
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                                  Note:

**Claim No: 31**   CREDIT COLLECTION SERVICE
PO BOX 9134
NEEDHAM HEIGHT, MA 02494                           Class:   UNSECURED - (L)

Scheduled:   $457.23
Filed:       NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                                  Note:

| | | | |
|---|---|---|---|
| **Claim No: 32** | CREDIT PLUS<br>4344 LATHAM ST STE 110<br>RIVERSIDE, CA 92501 | Class: | UNSECURED - (L) |

Scheduled: $1,250.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

**Claim No: 33**    E-Z CASH
806 ALAMO DR
VACAVILLE, CA 94533                    Class:    UNSECURED - (L)

Scheduled: $300.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

**Claim No: 5**    ER SOLUTIONS
800 SW 39TH ST
RENTON, WA 98057                    Class:    UNSECURED - (L)

Scheduled: $919.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:

**Claim No: 6**    ER SOLUTIONS
PO BOX 9004
RENTON, WA 98057                    Class:    DUPLICATE CREDITOR

Scheduled: $0.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:    ER SOLUTIONS

| | | |
|---|---|---|
| **Claim No: 47** | ER SOLUTIONS<br>PO BOX 9004<br>RENTON, WA 98057 | Class:   UNSECURED - (L) |

| | | | |
|---|---|---|---|
| Scheduled: | $429.00 | | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

| | | |
|---|---|---|
| **Claim No: 50** | FRANCHISE TAX BOARD<br>P O BOX 2952<br>BANKRUPTCY SECTION A340<br>SACRAMENTO, CA 95812-2952 | Class:   PRIORITY - (J) |

| | | | |
|---|---|---|---|
| Scheduled: | $2,558.32 | Date Filed: | 01/13/2011 |
| Filed: | $2,558.32 | Value: | $0.00 |
| Provided for: | $2,558.32 | % to Pay: | 100.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | +/05,07-09 |

| | | |
|---|---|---|
| **Claim No: 11050** | FRANCHISE TAX BOARD<br>P O BOX 2952<br>BANKRUPTCY SECTION A340<br>SACRAMENTO, CA 95812-2952 | Class:   UNSECURED - (L) |

| | | | |
|---|---|---|---|
| Scheduled: | $0.00 | Date Filed: | 01/13/2010 |
| Filed: | $6,413.14 | Value: | $0.00 |
| Provided for: | $6,413.14 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | SPLIT CLAIM |

| | | |
|---|---|---|
| **Claim No: 48** | FRANKLIN COLLECTION<br>P O BOX 3910<br>TUPELO, MS 38803-3910 | Class:   UNSECURED - (L) |

| | | | |
|---|---|---|---|
| Scheduled: | $322.34 | | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

| | | |
|---|---|---|
| **Claim No: 34** | HUNT HENRIQUES<br>151 BERNAL RD STE 8<br>SAN JOSE, CA 95119-1306 | Class:   UNSECURED - (L) |

    Scheduled:    $9,000.00
    Filed:    NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
    Provided for:
    Not Provided for:    Note:

**Claim No: 1300**    JONATHAN WELLINGTON
869 CHRISTINE DR
VACAVILLE, CA 95687
    Class:   SPECIAL NOTICE

    Note:   CODEBTOR

**Claim No: 1104**    LAW OFFICES OF AUSTIN P NAGEL
111 DEERWOOD RD
STE 305
SAN RAMON, CA 94583
    Class:   SPECIAL NOTICE

    Note:   TOYOTA

**Claim No: 39**    LAW OFFICES OF JOHN M COYLE
740 TEXAS ST 3RD FLOOR
FAIRFIELD, CA 94533
    Class:   UNSECURED - (L)

    Scheduled:    $4,450.00    Date Filed:    01/21/2011
    Filed:    $4,450.00    Value:    $0.00
    Provided for:    $4,450.00    % to Pay:    0.00
    Not Provided for:    **$0.00**    Interest Rate:    0.00
    Note:    VANCE 7 VANCE

**Claim No: 52**  LAW OFFICES OF MACMORRIS & CARBONE
505 14TH ST
SUITE 600
OAKLAND, CA 94612-1911

Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $0.00 | Date Filed: | 02/08/2011 |
| Filed: | $5,000.00 | Value: | $0.00 |
| Provided for: | $5,000.00 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | CALIF STATE AUTO ASSOC |

**Claim No: 1101**  LAW OFFICES OF MACMORRIS & CARBONE
505 14TH ST
SUITE 600
OAKLAND, CA 94612-1911

Class:   SPECIAL NOTICE

Note:   CSAA

**Claim No: 35**  MONEY CONTROL
PO BOX 499990
RIVERSIDE, CA 92514

Class:   UNSECURED - (L)

| | |
|---|---|
| Scheduled: | $322.34 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

**Claim No: 49**  NELSON & KENNARD
P O BOX 13807
SACRAMENTO, CA 95853

Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $0.00 | Date Filed: | 12/10/2010 |
| Filed: | $27,295.23 | Value: | $0.00 |
| Provided for: | $27,295.23 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | 06 MERCEDES BENZ |

| | | |
|---|---|---|
| **Claim No: 36** | NORTH BAY WATER<br>6180 EGRET COURT STE A<br>BENICIA, CA 94510 | Class:   UNSECURED - (L) |

  Scheduled:       $433.93
  Filed:           NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
  Provided for:
  Not Provided for:                               Note:

**Claim No: 37**   NORTH SHORE AGENCY INC
                   270 SPAGNOLI RD STE 11
                   MELVILLE, NY 11747-3516                Class:   UNSECURED - (L)

  Scheduled:       $100.20
  Filed:           NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
  Provided for:
  Not Provided for:                               Note:

**Claim No: 7**    Rash curtis And Associat
                   190 S Orchard Ave Ste 25
                   Vacaville, CA 95688                   Class:   UNSECURED - (L)

  Scheduled:       $148.00
  Filed:           NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
  Provided for:
  Not Provided for:                               Note:

**Claim No: 1100** ROUP & ASSOCIATES
                   23101 LAKE CENTER DR
                   SUITE 310
                   LAKE FOREST, CA 92630                 Class:   SPECIAL NOTICE

                                                         Note:    VERICREST FINANCIAL

10-46452 A13

| | | | |
|---|---|---|---|
| **Claim No: 8** | SALLIE MAE<br>ATTN BANKRUPTCY<br>PO BOX 9500<br>WILKES-BARRE, PA 18773 | Class: | DUPLICATE CREDITOR |

Scheduled:     $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                                   Note:

| | | | |
|---|---|---|---|
| **Claim No: 9** | SALLIE MAE GUARNTEE SERVICES E2148<br>P O BOX 7167<br>DEPOSIT OPERATIONS<br>INDIANAPOLIS, IN 46206-7167 | Class: | UNSECURED - (L) |

Scheduled:     $2,267.00          Date Filed:    11/15/2010
Filed:         $2,188.18          Value:         $0.00
Provided for: $2,188.18           % to Pay:      0.00
Not Provided for: **$0.00**       Interest Rate: 0.00
                                  Note:          STUDENT LOAN

| | | | |
|---|---|---|---|
| **Claim No: 1102** | SALLIE MAE INC<br>P O BOX 9430<br>BANKRUPTCY LIT UNIT E3149<br>WILKES-BARRE, PA 18773-9430 | Class: | SPECIAL NOTICE |

                                  Note:          STUDENT LOAN

| | | | |
|---|---|---|---|
| **Claim No: 51** | SPRINT NEXTEL<br>P O BOX 3326<br>ATTN BANKRUPTCY<br>DEPT-DISTRIBUTIONS<br>ENGLEWOOD, CO 80155 | Class: | UNSECURED - (L) |

Scheduled:     $0.00              Date Filed:    01/28/2011
Filed:         $349.77            Value:         $0.00
Provided for: $349.77             % to Pay:      0.00
Not Provided for: **$0.00**       Interest Rate: 0.00
                                  Note:

| | | |
|---|---|---|
| **Claim No: 1103** | SPRINT NEXTEL CORPORATION<br>P O BOX 7949<br>ATTN BANKRUPTCY DEPT<br>OVERLAND PARK, KS 66207 | Class:   SPECIAL NOTICE |

Note:

| | | |
|---|---|---|
| **Claim No: 12** | TOYOTA MOTOR CREDIT<br>NO ADDRESS PROVIDED<br>, 00000 | Class:   DUPLICATE CREDITOR |

Scheduled:      $0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                           Note:     TOYOTA

| | | |
|---|---|---|
| **Claim No: 10** | TOYOTA MOTOR CREDIT CORP<br>3200 WEST RAY RD<br>CHANDLER, AZ 85226 | Class:   SECURED - AUTO |

Scheduled:         $8,000.00       Date Filed:     11/04/2010
Filed:             $8,323.12       Value:          $0.00
Provided for:      $8,323.12       % to Pay:       100.00
Not Provided for:  **$0.00**       Interest Rate:  4.75
                                   Note:           +A/P 07 COROLLA

| | | |
|---|---|---|
| **Claim No: 13** | TOYOTA MOTOR CREDIT CORP<br>3200 WEST RAY RD<br>CHANDLER, AZ 85226 | Class:   SECURED - AUTO |

Scheduled:         $5,000.00       Date Filed:     11/11/2010
Filed:             $8,886.21       Value:          $0.00
Provided for:      $8,886.21       % to Pay:       100.00
Not Provided for:  **$0.00**       Interest Rate:  4.75
                                   Note:           +A/P 07 TOYOTA

| | | | |
|---|---|---|---|
| **Claim No: 38** | TRANSWORLD SYSTEMS INC<br>2235 MERCURY WAY<br>SUITE 275<br>SANTA ROSA, CA 95407 | Class: | UNSECURED - (L) |

    Scheduled:    $1,253.00
    Filed:    NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
    Provided for:
    Not Provided for:    Note:

| | | | |
|---|---|---|---|
| **Claim No: 15** | VERICREST FINANCIAL<br>715 METROPOLITAN AVE<br>P O BOX 24610<br>OKLAHOMA CITY, OK 73124 | Class: | DUPLICATE CREDITOR |

    Scheduled:    $0.00
    Filed:    NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
    Provided for:
    Not Provided for:    Note:

| | | | |
|---|---|---|---|
| **Claim No: 11** | VERICREST FINANCIAL INC<br>P O BOX 24330<br>OKLAHOMA CITY, OK 73124 | Class: | ONGOING MORTGAGE |

    Scheduled:    $473,469.00    Date Filed:    10/19/2010
    Filed:    $505,032.85    Value:    $0.00
        Note:    1DT

| | | | |
|---|---|---|---|
| **Claim No: 14** | VERICREST FINANCIAL INC<br>P O BOX 24330<br>OKLAHOMA CITY, OK 73124 | Class: | SECURED - MTG ARREARS |

    Scheduled:    $42,403.14    Date Filed:    10/19/2010
    Filed:    $42,403.14    Value:    $0.00
    Provided for:    $42,403.14    % to Pay:    100.00
    Not Provided for:    **$0.00**    Interest Rate:    0.00
        Note:    +1DT ARRS

| | | |
|---|---|---|
| **Claim No: 21** | VERICREST FINANCIAL INC<br>P O BOX 24330<br>OKLAHOMA CITY, OK 73124 | Class: ONGOING MORTGAGE LATE F |

| | | | |
|---|---|---|---|
| Scheduled: | $0.00 | Date Filed: | |
| Filed: | $200.00 | Value: | $0.00 |
| Provided for: | $200.00 | % to Pay: | 100.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | 1DT LATE FEE |

| | | |
|---|---|---|
| **Claim No: 20** | VERICREST FINANCIAL, INC.<br>C/O RONALD D. ROUP<br>23101 LAKE CENTER DR #310<br>LAKE FOREST, CA 92630 | Class: 341 NOTICE ONLY |

| | |
|---|---|
| Scheduled: | $0.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

| | | |
|---|---|---|
| **Claim No: 41** | VERICREST FINANCIAL, INC.<br>C/O ROUP AND ASSOCIATES<br>23101 LAKE CENTER DR #310<br>LAKE FOREST, CA 92630 | Class: 341 NOTICE ONLY |

| | |
|---|---|
| Scheduled: | $0.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

**ATTORNEY FEES**

| | | |
|---|---|---|
| PETER G MACALUSO ESQ<br>7311 GREENHAVEN DR<br>STE 100<br>SACRAMENTO, CA 95831 | Amount to be paid through plan:<br>Amount paid through plan to date: | $0.00<br>$0.00 |