```
                                                    FILED
                                              November 17, 2011
                                            CLERK, U.S. BANKRUPTCY COURT
                                            EASTERN DISTRICT OF CALIFORNIA
                                                  0003907891
```

1 | 2
2 | JAN P. JOHNSON
  | Standing Chapter 13 Trustee
3 | Kristen A. Koo, State Bar #230856
  | P. O. Box 1708
4 | Sacramento, CA 95812-1708
  | (916) 492-8001
5 | pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No: 10-46452-A-13J |
| | ) | DC No.: PGM-5 |
| | ) | |
| | ) | **TRUSTEE'S OPPOSITION TO** |
| GLORIA WELLINGTON, | ) | **MOTION TO CONFIRM DEBTOR'S** |
| | ) | **THIRD AMENDED PLAN** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | DATE: DECEMBER 5, 2011 |
| | ) | TIME: 1:30 P.M. |
| Debtor(s) | ) | COURTROOM: 28 |

JAN P. JOHNSON, STANDING CHAPTER 13 TRUSTEE, opposes the Debtor(s) motion as:

1. The Debtor is delinquent to the trustee in the amount of $3,109.40 which represents

approximately one plan payment. The Debtor does not appear to be able to make the plan payments proposed. The Debtor has failed to carry her burden of showing that the plan complies with 11 U.S.C §1325 (a) (6).

2. The trustee is unable to fully assess the feasibility of the plan. The plan provides inconsistent treatment for the first mortgage held by Vericrest in Class 1, indicating the Debtor wishes to retain the real property collateral and provides for the debt in Class 3 indicating the Debtor intends to surrender the real property. It is impossible for the trustee to administer a plan that provides inconsistent treatment.

3. The trustee calculates that the plan will take approximately 106 months to complete which exceeds the maximum length of 60 months pursuant to 11 U.S.C §1322 (d) and which results in a commitment period that exceeds the permissible limit imposed by 11 U.S.C. Section 1325(b)(4).

WHEREFORE the trustee prays that the Court enter an order denying confirmation of the Debtor's Plan.

Date: November 17, 2011

/s/ Kristen A. Koo
KRISTEN A. KOO, Attorney for Trustee