FILED
November 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003907892

5

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
P.O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 10-46452-A-13J |
| | ) | DC No.: PGM-5 |
| | ) | |
| GLORIA WELLINGTON, | ) | EXHIBITS A AND B IN SUPPORT |
| | ) | OF TRUSTEE'S OPPOSITION TO |
| | ) | MOTION TO CONFIRM DEBTOR'S |
| | ) | THIRD AMENDED PLAN |
| | ) | |
| | ) | |
| | ) | DATE: DECEMBER 5, 2011 |
| | ) | TIME: 1:30 P.M. |
| Debtor(s) | ) | COURTROOM: 28 |

Exhibit A – Debtor's receipt history – page 2

Exhibit B – Trustee's plan calculation – page 3

Jan P. Johnson, Chapter 13 Trustee
Case Number:  10-46452 A13
Debtor:       WELLINGTON

## Debtor Receipt History

| Receipt Date | Description | Source | Amount |
| --- | --- | --- | --- |
| December 09, 2010 | CASHIERS CHECK | 09865 | $ 2,600.00 |
| December 22, 2010 | CASHIERS CHECK | 23752 | $ 2,600.00 |
| January 24, 2011 | MONEY ORDER | 00998 | $ 105.60 |
| January 24, 2011 | CASHIERS CHECK | 54385 | $ 2,710.00 |
| March 01, 2011 | CASHIERS CHECK | 94212 | $ 2,710.00 |
| March 25, 2011 | CASHIERS CHECK | 24927 | $ 2,710.00 |
| May 23, 2011 | CASHIERS CHECK | 91445 | $ 2,710.00 |
| June 20, 2011 | CASHIERS CHECK | 19919 | $ 2,710.00 |
| September 06, 2011 | CASHIERS CHECK | 98937 | $ 2,710.00 |

Aggregate Receipts: $ 21,565.60

Net Receipts: $ 21,565.60

EXHIBIT A

# SAJ Plan Calculation III

10-46452 A13
GLORIA WELLINGTON

**Final Disbursement Date:** August 01, 2019
**Calculated Months To Pay Out:** 93
**Projected Total Plan Length:** 106

Friday, November 4, 2011
10:09 am

| Case Number: | 10-46452 A13 | Remaining Balance On Hand: | 9,809.31 |
|---|---|---|---|
| Name: | GLORIA WELLINGTON | Plan Base: | 0.00 |
| Bar Check: | True | Close Code Description: | ACTIVE |
| Disburse Flag: | True | Total Disbursed: | 300,986.29 |
| Closed Date: | | Total Paid to Trustee: | 13,030.88 |
| Confirmation Date: | | Total Paid In: | 21,565.60 |
| Trustee's Percentage: | 4.30% | Hold Temporary: | 0.00 |
| Attorney's Percentage: | 0.00% | Hold Permanent: | 0.00 |

| Payee Name | Claimed | Scheduled | First Pymnt | Last Pymnt | Principal | Interest | Total Prin Paid | % Paid | Total Int Paid | Principal Owed | Principal Due | Interest Due | Monthly Payment | Claim Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASHMAX | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| CASHJE | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| CASH ALL INC | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| CHECK INTO CASH | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| ER SLUTIONS | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| GLORI WELLINGTON | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DEBTOR REFUND |
| JONATHAN WELLINGTON | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | SPECIAL NOTICE |
| LAW OFICES OF AUSTIN P NAGEL | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | SPECIAL NOTICE |
| LAW OFICES OF MACCRRIS & ROUL ASSOCIATES | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | SPECIAL NOTICE |
| SALLI MAE | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| SALLI MAE INC | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | SPECIAL NOTICE |
| SPRINT NEXTEL CORPORATION | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | SPECIAL NOTICE |
| TOYOTA MOTOR CREDIT | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| VERICREST FINANCIAL | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DUPLICATE CREDITOR |
| VERICREST FINANCIAL, INC. | 0.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 341 NOTICE ONLY |
| VERICREST FINANCIAL, INC. | 0.00 | 473,469.00 | (0) | (0) | 0.00 | 0.00 | 220,222.17 | 46.512% | 0.00 | 0.00 | 8,747.32 | 0.00 | 2,186.83 | ONGOING MORTGAGE |
| VERICREST FINANCIAL, INC | 200.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 200.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | ONGOING MORTGAGE |
| PETER G MACALUSO ESQ | 2,500.00 | 0.00 | 12/01/11 (1) | 03/01/18 (76) | 0.00 | 0.00 | 2,500.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 105.00 | ATTORNEY FEE |

pc3rep

EXHIBIT B

Page 1 of 3

SAJ Plan Calcuation III

10-46452 A13
GLORIA WELLINGTON

**Final Disbursement Date: August 01, 2019**
**Calculated Months To Pay Out: 93**
**Projected Total Plan Length: 106**

Friday, November 4, 2011
10:09 am

| Payee Name | Claimed | Scheduled | First Pymnt | Last Pymnt | Principal | Interest | Total Prin Paid | % Paid | Total Int Paid | Principal Owed | Principal Due | Interest Due | Monthly Payment | Claim Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORP | 8,323.12 | 8,000.00 | (0) | 03/01/18 (76) | 0.00 | 0.00 | 8,323.12 | 100% | 1,000.32 | 0.00 | 0.00 | 0.00 | 165.00 | SECURED - AUTO |
| TOYOTA MOTOR CREDIT CORP | 8,886.21 | 5,000.00 | (0) | 09/01/18 (82) | 0.00 | 0.00 | 8,886.21 | 100% | 1,862.13 | 0.00 | 0.00 | 0.00 | 92.00 | SECURED - AUTO |
| VERICREST FINANCIAL, INC | 42,403.14 | 42,403.14 | 12/01/11 (1) | 03/01/18 (76) | 0.00 | 0.00 | 42,403.14 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 816.00 | SECURED - MTG ARREARS |
| FRANCHISE TAX BOARD | 2,558.32 | 2,558.32 | 12/01/11 (1) | 06/01/18 (79) | 0.00 | 0.00 | 2,558.32 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | PRIORITY - (J) |
| AAA | 7,840.00 | 7,840.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| ADVANCE AMERICA | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| ALLI AT LAW GROUP | 138.72 | 138.72 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| B-LINE LLC | 3,837.08 | 2,569.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| B-LINE LLC | 0.00 | 2,500.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| BHR BALANCE HEALTHCARE | 414.75 | 414.75 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CALIFORNIA CHECK CASHING STORE | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CALIFORNIA SERVICE BUR | 100.00 | 100.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CAPITAL ACCOUNTS | 128.00 | 128.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CAPITAL ACCOUNTS | 122.16 | 122.16 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CASHMAX | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CASHONE | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CHECK INTO CASH INC | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CHECK INTO CASH INC | 751.59 | 751.59 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| COLLECTION BUREAU OF | 457.23 | 457.23 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CREDIT COLLECTION SERVICE | 1,250.00 | 1,250.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| CREDIT PLUS | 300.00 | 300.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| E-Z CASH | 919.00 | 919.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| ER SOLUTIONS | 429.00 | 429.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| ER SOLUTIONS | 6,413.14 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| FRANCHISE TAX BOARD | 322.34 | 322.34 | (0) | (0) | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| FRANKLIN COLLECTION | | | | | | | | | | | | | | |

EXHIBIT B

# SAJ Plan Calculation III

10-46452 A13
GLORIA WELLINGTON

**Final Disbursement Date: August 01, 2019**
**Calculated Months To Pay Out: 93**
**Projected Total Plan Length: 106**

Friday, November 4, 2011
10:09 am

| Payee Name | Claimed | Scheduled | First Pymnt | Last Pymnt | Principal | Interest | Total Prin Paid | Total Int Paid | % Paid | Principal Owed | Principal Due | Interest Due | Monthly Payment | Claim Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HUNT HENRIQUES | 9,000.00 | 9,000.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| LAW OFFICES OF JOHN M COYLE | 4,450.00 | 4,450.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| LAW OFFICES OF MACMORRIS & | 5,000.00 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| MONEY CONTROL | 322.34 | 322.34 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| NELSON & KENNARD | 27,295.23 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| NORTH BAY WATER | 433.93 | 433.93 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| NORTH SHORE AGENCY INC | 100.20 | 100.20 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| Rash Curtis And Assoc | 148.00 | 148.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| SALLIE MAE GUARNTEE | 2,188.18 | 2,267.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| SPRINT NEXTEL | 349.77 | 0.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| TRANSWORLD SYS INC | 1,253.00 | 1,253.00 | (0) | (0) | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | UNSECURED - (L) |
| **Totals:** | | | | | | | 285,092.96 | 2,862.45 | | | 8,747.32 | | | |

| Type | Description | Claim Amount | Class | Description | Claim Amount |
|---|---|---|---|---|---|
| | ATTORNEY FEE | $2,500.00 | S | Secured | $59,812.47 |
| D | DEBTOR REFUND | $0.00 | P | Priority | $5,068.32 |
| C | SECURED - AUTO | $17,209.33 | U | Unsecured | $75,763.66 |
| J | PRIORITY - (J) | $2,558.32 | N | NONE | $0.00 |
| L | UNSECURED - (L) | $75,763.66 | | | |
| N | 341 NOTICE ONLY | $0.00 | | | |
| O | ONGOING MORTGAGE | $0.00 | | | |
| R | SECURED - MTG ARREARS | $42,403.14 | | | |
| V | DUPLICATE CREDITOR | $0.00 | | | |
| X | SPECIAL NOTICE | $0.00 | | | |
| o | ONGOING MORTGAGE LATE FEE | $200.00 | | | |
| Total | | $140,634.45 | | Total | $140,634.45 |



EXHIBIT B