FILED
December 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003944636

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

GLORIA WELLINGTON,

Debtor(s)

Case No: 10-46452-A-13J
DC No.: JPJ-2

**TRUSTEE'S EX PARTE APPLICATION TO DISMISS CHAPTER 13 PROCEEDING**

DATE: OCTOBER 17, 2011
TIME: 2:30 PM
COURTROOM: 28

The hearing on Trustee's Motion to Dismiss Case was heard by the Honorable Michael S. McManus at the above stated date and time. Based on the pleadings filed, oral argument and other evidence presented at the hearing, and good cause appearing the motion was conditionally denied.

The court ordered that the case shall remain pending provided that Debtors confirm a plan by December 5, 2011.

The Debtor failed to meet said condition(s).

1

Due to the failure of Debtors to meet the terms of the Trustee's interim order the Trustee requests that Bankruptcy Case Number 10-46452-A-13J be dismissed under Title 11 of the United States Code.

Date: December 7, 2011

/s/ Kristen A. Koo
KRISTEN A. KOO, Attorney for Trustee